UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT STROUP and COLLEEN STROUP, | Case No. 2:09-CV-12889 – PJD - VMM |
| Plaintiffs, | Hon. PATRICK J. DUGGAN |
| V | |
| FISHER & PAYKEL APPLIANCES, INC., | |
| Defendant. | |

| | |
|---|---|
| GREAT LAKES LEGAL TEAM, P.L.C.<br>JAMES C. TOTH (P44990)<br>MARK D. SCULLY(38925)<br>Attorneys for Plaintiff<br>117 S. Main Street, P.O. Box 470<br>Almont, MI 48003<br>(810) 798-2300<br>jamestoth@greatlakeslegal.com | RICHARD A. DINON (P33028)<br>Plunkett Cooney<br>Attorneys for Defendant<br>303 Howard Street<br>Petoskey, MI 49770<br>(231) 348-6420<br>rdinon@plunkettcooney.com |

## STIPULATION FOR DISMISSAL

It is hereby stipulated upon, that the above case, including all asserted and unasserted claims, be dismissed with prejudice and without costs to any of the parties.


s/James C. Toth
JAMES C. TOTH (P44990)
Attorney for Plaintiffs
117 S. Main Street, P.O. Box 470
Almont, MI 48003
(810) 798-2300
jamestoth@greatlakeslegal.com

Dated: June 4, 2010

s/Richard A. Dinon
RICHARD A. DINON (P33028)
Attorneys for Defendant
303 Howard Street
Petoskey, MI 49770
(231) 348-6420
rdinon@plunkettcooney.com

Dated: June 4, 2010

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SCOTT STROUP and COLLEEN STROUP, | Case No. 2:09-CV-12889 – PJD - VMM |
| Plaintiffs, | Hon. PATRICK J. DUGGAN |
| V | |
| FISHER & PAYKEL APPLIANCES, INC., | |
| Defendant. | |

## ORDER OF DISMISSAL

At a session of said Court, held in the
United States District Court
Eastern District of Michigan, Southern Division
State of Michigan on July 7, 2010.

PRESENT: Honorable Patrick J. Duggan
United States District Court Judge

A Stipulation for Dismissal of the above case having been filed, and same being incorporated herein,

IT IS HEREBY ORDERED that the above case be dismissed with prejudice and without costs as to any of the parties. This Order resolves the referenced pending claim and closes this case.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: July 7, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 7, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager